IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUZY FISK and TIMOTHY SMITH, | No. C-05-0266 MMC |
| Plaintiffs, | **ORDER SETTING STATUS CONFERENCE** |
| v. | |
| LEHMAN BROTHERS, INC., | |
| Defendant / | |

In the parties' Joint Status Report on Arbitration Proceedings, filed November 21, 2006, the parties represented they had reached settlements in principle, were finalizing written settlement agreements, and anticipated filing dismissals within 14 days of November 21, 2006. To date, the parties have not filed dismissals or any other document.

Accordingly, the Court hereby schedules a status conference for February 2, 2007, at 10:30 a.m. A joint status conference statement shall be filed no later than January 26, 2007.

**IT IS SO ORDERED.**

Dated: January 4, 2007

MAXINE M. CHESNEY
United States District Judge